| | | | |
|---|---|---|---|
| | AUSA: C. Barrington Wilkins | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Bradley Cioma | Telephone: | (313) 919-1454 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Ike HALL

Case: 2:21-mj-30313
Judge: Unassigned
Filed: 06-25-2021 At 03:47 PM
CMP USA V HALL (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 23, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan SD__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Substances. |
| 18 U.S.C. § 922(g)(1) | Felon in possession of Firearms |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Bradley Cioma, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 25, 2021__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bradley Cioma, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the FBI, and have been since May of 2017. I am assigned currently to the FBI Detroit Division's Strike Force Group 1. Prior to working at the FBI, I was a police officer for six years in Plymouth Township, Michigan. I have participated in training related to and conducted dozens of investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking.

2. The statements contained in this Affidavit are based on my experience as a special agent, information provided by police officers, other agents of the FBI, and other law enforcement personnel, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through training and experience.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

### Probable Cause

4. I am currently investigating Ike HALL, date of birth xx/xx/1994, for violations of federal law, specifically, 21 U.S.C. § 841(a)(1), Possession with

Intent to Distribute Controlled Substances and 18 U.S.C. § 922(g)(1) felon in possession of firearms.

5. On June 23, 2021, detectives from the Michigan State Police were observing the public areas of the Greyhound bus station in Detroit, Michigan. At approximately 8:35 pm passengers were boarding a bus that was headed to southern states to include West Virginia. Detectives were standing next to the entry door where passengers boarded the bus. A male (later identified as HALL), walked up and stood almost directly in front of the detectives and was looking at his phone. Detectives made verbal contact with the male and noted he was slow to respond and looked up at them surprised they were speaking to him. The Detectives asked him where he was traveling to and he stated West Virginia. During the conversation with the male his speech was somewhat slurred, and he was very slow to answer, exhibiting possible signs of intoxication. Detectives asked the male where he lived and he stated Detroit; he was asked what brings him to West Virginia, and he stated he was going to visit family for a couple weeks. The detectives found this to be odd because he was only traveling with a small backpack, which was unusual for someone who was going to be staying somewhere for a couple weeks. The male then showed the detectives his ticket and it had the name "Raymond Harris" on it. The detectives asked the male what his name was and noticed him trying to read the name on the ticket, he then replied

Raymond Harris. The detectives then asked him if he had any identification and he said no. He was then asked his date of birth and he was slow to respond, but eventually gave a date of birth. Detectives ran the name and date of birth through the Law Enforcement Information Network (LEIN) and it came back with no record on file, indicating it was not a correct name and date of birth. The detectives then told the male his name did not come back on file and the male responded, "you wanna see my ID?" At that point, the male presented his Michigan driver's license and he was identified as Ike HALL. This information was run in LEIN and HALL was found to have multiple felony warrants for possession of narcotics and delivery/manufacture controlled substance. HALL was then placed in handcuffs and moved to the baggage area.

6.   Once in the baggage area HALL was asked what was in his backpack and he stated clothes. HALL was asked for consent to search his bag and he responded "well you are the police," but appeared intoxicated. The detectives stated they were seeking consent to search the backpack and HALL declined and stated his grandmother packed his backpack and he was not responsible for everything in the bag. On scene was a Michigan State Police Narcotics Canine, who conducted a sniff of the bag and gave a positive indication on the bag. A search was then conducted on the bag and located inside was a .45 caliber pistol with a loaded extended magazine, approximately 99 grams of suspected fentanyl

compound and approximately $877.00. In my training and experience, this amount of fentanyl exceeds an amount consistent with personal use, and is instead consistent with narcotics trafficking. A TruNarc scan on the suspected fentanyl indicated Fentanyl Compound or Methamphetamine.

### HALL has the prior felony and misdemeanor convictions

- May 2017 - Felony - Controlled substance deliver/manufacture cocaine, heroin or another narcotic less than 50 grams
- May 2015 - Misdemeanor – Domestic Violence (which prohibits HALL from being allowed to legally possess and carry a handgun)

### Conclusion

9. Based on the above information, probable cause exists to believe that Ike HALL, violated 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Controlled Substances and 18 U.S.C. § 922(g)(1) felon in possession of firearms.

Respectfully submitted,

Bradley Cioma, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

Dated: June 25, 2021